IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff and Judgment Creditor,<br>v.<br>JASON ALAN BERRYHILL,<br><br>    Defendant and Judgment Debtor.<br><br>THE VANGUARD GROUP, INC.,<br><br>    Garnishee. | MISC. NO.: 2:13MC00089-LKK-AC<br><br>CASE NO.: 2:09CR00266-GGH<br><br>**FINAL ORDER OF GARNISHMENT (ROTH IRA ACCOUNTS)** |

    A Writ of Garnishment (ROTH IRA Accounts) directed to the Garnishee, The Vanguard Group, Inc., has been duly issued. DE 10. It was served upon the Garnishee. DE 12. The Garnishee filed an Acknowledgment of Service and Answer of Garnishee, DE 19, stating that at the time of service of the Writ, the Garnishee had custody or possession of the following property in which the Defendant and Judgment Debtor, Jason Alan Berryhill ("Berryhill") and Berryhill's spouse, Bethany M. Ondricek maintain an interest.

    1.    ROTH IRA, Account Number xxxxxxx6441, registered in the name of Jason Alan Berryhill. The funds are invested in the Vanguard Target Retirement 2040 Fund, 236.001 shares, with an approximate value of $6,157.27; the monies in said account are invested in securities that are subject to market fluctuations.

    2.    ROTH IRA, Account Number xxxxxxx0135, registered in the name of Bethany M. Ondricek. The funds are invested in the Vanguard Target Retirement 2050 Fund,

494.635 shares, with an approximate value of $12,850.62; the monies in said account are invested in securities that are subject to market fluctuations.

The balance owing by Judgment Debtor Jason Alan Berryhill on the judgment is $42,605.56 as of August 15, 2013, and said amount is current from the amount set forth in the Application For Writ of Garnishment (ROTH IRA Accounts) filed herein, DE #1.

Berryhill and Ondricek were served by the Garnishee with the Answer of Garnishee on September 4, 2013, and no written objection or request for a hearing was filed within 20 days, as set forth in 28 U.S.C. § 3205(c)(5), and no request for a hearing was filed on a claim of exemption, as set forth in 28 U.S.C. § 3014(b)(2).

Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files an answer, and if no hearing is requested within the required time period, the court shall promptly enter an order directing the Garnishee as to the disposition of Berryhill and Ondricek's property.

ACCORDINGLY, IT IS ORDERED that the Garnishee Vanguard shall turn over to the Clerk of this Court, in United States currency, certified funds or cashier's check, the exact and full amount of all funds in Jason Alan Berryhill and Bethany M. Ondricek's ROTH individual retirement accounts, Account Number xxxxxxx6441 and xxxxxxx0135. No deductions are to be made from this amount.

If payment is made by monetary instrument, the instrument must be made payable to the *"Clerk of the Court"* and the face of the instrument must indicate that the payment is being made on behalf of *"Jason Alan Berryhill, Criminal Case No.: 2:09CR00266-GGH."* The payment must be delivered to:

> United States Attorney's Office
> Attention: Financial Litigation Unit
> 501 I Street, Suite 10-100
> Sacramento, California 95814

IT IS FURTHER ORDERED that upon receipt of payment by the Clerk of the Court, the Writ of Garnishment (ROTH IRA) is hereby terminated.

IT IS SO ORDERED.

DATED: October 8, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE