IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>      v.<br><br>JASON ALAN BERRYHILL,<br><br>   Defendant and Judgment Debtor.<br><br>VISTA COMPLETE CARE, INC.,<br><br>                  Garnishee. | MISC. NO.: 2:13-MC-00089-LKK-AC<br><br>CASE NO. 2:09CR00266-GGH<br><br>**FINAL ORDER OF WRIT OF CONTINUING GARNISHMENT (WAGES)** |

The Court has considered Plaintiff's Application for Entry of Final Order of Garnishment against the non-exempt earnings of the defendant and judgment debtor, Jason Alan Berryhill. Plaintiff filed its Application pursuant to Section 3205(c)(7) of the Federal Debt Collection Procedures Act, 28 U.S.C. §§ 3001, *et seq*. Having considered the Application and case file, the Court finds as follows:

    1. The Clerk entered Judgment in Plaintiff's favor and against Defendant in the amount of $44,351.27 on November 17, 2009. Docket Entry (DE 13).

    2. Plaintiff filed an Application for Writ of Continuing Garnishment (Wages) on August 23, 2013. DE 5.

    3. The Clerk issued a Writ of Garnishment as to among others, garnishee Vista Complete Care, Inc., the same day. DE 6. Plaintiff duly served Vista with the Writ and its attachments.

[Proposed] FINAL ORDER OF WRIT OF
CONTINUING GARNISHMENT (WAGES)

4. On August 30, 2013, Vista filed its answer as garnishee. DE 18. The Answer identifies Berryhill as a wage earning employee of Vista.

5. Plaintiff served Defendant with a copy of the Writ of Garnishment and notified him of his right to a hearing to object to the Answer and/or claim exemptions on the earnings subject to the garnishment proceeding. Berryhill has not requested a hearing to determine exempt property.

WHEREFORE, the Court, having considered the case files, the Application for a Writ of Garnishment against Berryhill's earnings, Vista's Answer as garnishee, and noting Berryhill has not exercised his right to request a hearing, hereby finds that entry of final order of garnishment is proper.

IT IS THEREFORE ORDERED THAT:

1. Garnishee, Vista Complete Care, Inc., its successors, transferees and assigns (Vista), pay at least monthly, to plaintiff the United States twenty-five percent (25%) of Berryhill's disposable wages until: the judgment is paid in full; further order of this Court; or garnishee Vista no longer has custody, possession or control of any property belonging to Defendant. Vista shall also provide Plaintiff with written notice if the amount or form of compensation to Berryhill changes while this order is in effect or if Vista no longer has custody, possession or control of Berryhill's property.

2. All amounts previously withheld by Vista pursuant to the Writ of Garnishment shall be paid immediately to Plaintiff. Vista shall also provide Plaintiff a written accounting, by pay period, of the amounts withheld from Berryhill's wages during the period from service of the Writ to entry of this final order.

3. Unless Plaintiff directs otherwise, all payments shall be made payable to the "Clerk of the Court" and mailed to the United States Attorney's Office, Attention: Financial Litigation Unit, 501 I Street, Suite 10-100, Sacramento, California 95814.

DATED: October 8, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2

[Proposed] FINAL ORDER OF WRIT OF
CONTINUING GARNISHMENT (WAGES)