BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: 916-554-2700
Facsimile: 916-554-2900

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JASON ALAN BERRYHILL,<br><br>　　　　Defendant and Judgment Debtor.<br><br>VISTA COMPLETE CARE, INC.,<br><br>　　　　Garnishee. | MISC. CASE NO.:  2:13-MC-00089-LKK-AC<br><br>CRIMINAL CASE NO.:  2:09-CR-00266-GGH<br><br>**APPLICATION FOR AN ORDER TERMINATING WRIT OF GARNISHMENT; AND ORDER**<br><br>[NO HEARING REQUESTED] |

By this garnishment proceeding, the United States recovered the statutory assessment and restitution imposed against defendant Jason Alan Berryhill in the criminal case referenced above. Accordingly, the United States seeks an order terminating the writ of garnishment pursuant to 28 U.S.C. § 3205(c)(10)(C) (satisfaction of the debt).

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　_____
Dated: November 6, 2014　　　　　　　　　　KURT A. DIDIER
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

APPLICATION FOR ORDER TERMINATING GARNISHMENT

**ORDER**

The Court, having reviewed the court files and the United States' Application for an Order Terminating Writ of Garnishment (the "Application") and finding good cause therefor, hereby GRANTS the Application. Accordingly, pursuant to 28 U.S.C. § 3205(c)(10)(C), the writ of garnishment previously issued on August 23, 2013 against defendant Jason Alan Berryhill is TERMINATED.

IT IS SO ORDERED.

Dated: November 6, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER